# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151054

In re KELLER, Minors.

SC: 151054
COA: 321603
Kalamazoo CC Family Division:
2006-000213-NA

_____/

On order of the Court, the application for leave to appeal the January 20, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2015



Clerk

s0317